People v L.P. (2025 NY Slip Op 00294)

People v L.P.

2025 NY Slip Op 00294

Decided on January 21, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 21, 2025

Before: Kern, J.P., Kennedy, González, Mendez, Rodriguez, JJ. 

Ind. No. 1053/19 Appeal No. 3542 Case No. 2021-03343 

[*1]The People of the State of New York, Respondent,
v
L.P., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Ji Hyun Rhim of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Alvin Yearwood, J.), rendered August 30, 2021, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, adjudicating him a youthful offender, and sentencing him to three years of probation, unanimously modified, as a matter of law, to the extent of vacating the surcharge and the crime victim assistance fee imposed at sentencing, and otherwise affirmed. 
The statutory provisions authorizing the imposition of mandatory surcharges and crime victim assistance fees upon youthful offenders were repealed effective August 24, 2020, before defendant was sentenced (L 2020, ch 144, §§ 3-4; see former Penal Law
§§60.02 [3]; 60.35 [10]). Accordingly, the sentencing court had no authority to impose the surcharge and fee (People v D.S., 230 AD3d 1036 [1st Dept 2024]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 21, 2025